IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CATRINA LOUISE HILBURN                                                                    PLAINTIFF

v.                                      Civil No. 10-3074

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                                              DEFENDANT

J U D G M E N T

      For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  The parties have sixty days from entry of the judgment on the docket in which to appeal.

      IT IS SO ORDERED AND ADJUDGED this 11th day of August, 2011.

      <u>/s/ J. Marschewski</u>

      HON. JAMES R. MARSCHEWSKI
      CHIEF U.S. MAGISTRATE JUDGE